## Julius Hecht v. George W. Franklin.

### Gen. No. 11,252.

1.   JURISDICTION—*when Circuit Court has not, of appeal from justice.* Where the defendant to an action commenced before a justice of the peace appeals the same by having his bond approved before the clerk of the Circuit Court but has not brought the plaintiff into such court by summons and the plaintiff has not appeared therein, such Circuit Court is without jurisdiction to dismiss the suit for want of prosecution.

Action commenced before justice of the peace.   Error to the Circuit Court of Cook County; the Hon. JOHN GIBBONS, Judge, presiding. Heard in this court at the October term, 1903.   Reversed and remanded. Opinion filed April 11, 1904.

Statement by the Court.   Plaintiff in error recovered a judgment for the sum of $85 before a justice of the peace against defendant in error.   The latter appealed the case to the Circuit Court by having his bond therefor approved by the clerk of that court.   He did not cause the plaintiff to be brought in by summons, none being issued, nor did the latter enter his appearance.   In that condition of the

record, when the case was reached for trial, on motion of the defendant the suit was dismissed for want of prosecution at the costs of the plaintiff.

JAMES H. HOOPER, for plaintiff in error.

ARND & ARND, for defendant in error.

MR. JUSTICE BALL delivered the opinion of the court.

The Circuit Court had no jurisdiction of the person of the plaintiff, (Camp v. Hogan, 73 Ill. 228; Rosenthal v. Craig, 66 Ill. App. 541,) and therefore it had no power to thus summarily dispose of the case.

The judgment of the Circuit Court is reversed and the cause is remanded.

*Reversed and remanded.*